NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1555

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Appellees,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of New Jersey in case no. 05-CV-3165, Judge Robert B. Kugler.

- - - - - - - - - - - - - - - - - - - - - -

2009-1574

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Appellants,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 05-CV-3165, Judge Robert B. Kugler.

ON MOTION

ORDER

Upon consideration of Mars Incorporated and MEI, Inc.'s motion to voluntarily dismiss appeal no. 2009-1574,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption in 2009-1555 is reflected above.

(2) Each side shall bear its own costs in 2009-1574.

FOR THE COURT

FEB 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael T. Renaud, Esq.
David B. Abel, Esq.

s21

ISSUED AS A MANDATE (as to 2009-1574 only): ___FEB 0 5 2010___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 5 2010

JAN HORBALY
CLERK

2009-1555, -1574    2